UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LATHAL PONDER,**<br><br>              **Plaintiff,**<br><br>      v.<br><br>**CHASE HOME FINANCE, LLC,**<br><br>              **Defendant.** | **Civil Action No. 10-cv-0425 (BJR)**<br><br>**ORDER DISMISSING CASE** |

On September 28, 2012, this Court ordered the parties to file an Amended Meet and Confer Report complying with Local Civil Rule 16.3 and this Court's Standing Order. On November 9, 2012, Defendant Chase Home Finance, LLC, filed a meet and confer statement, but alerted the Court that, while Defendant attempted to contact Plaintiff Lathal Ponder by both e-mail and telephone, Plaintiff was unresponsive. On November 13, 2012, the Court directed Plaintiff to meet and confer with Defendant and to file an Amended Meet and Confer Report, or to file notice providing good cause as to why he failed to do so. *See* Minute Order of Nov. 13, 2012. In the same Minute Order, the Court notified Plaintiff that failure to comply with the Order would result in dismissal of this action. *Id.* The Court further reiterated that there was an initial scheduling conference set for 10:00 A.M. on December 3, 2012. *Id.*

Plaintiff failed to meet and confer with Defendant and failed to file any report with the Court by the November 28 deadline. Furthermore, Plaintiff failed to appear for the initial scheduling conference that was held today, December 3, 2012. Therefore, it is, hereby, **ORDERED** that this case is **DISMISSED** for failure to comply with the Court's Order.

**SO ORDERED** this third day of December, 2012.

*/s/ Barbara J. Rothstein*

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE